

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

WG:JEG
F.#2005R01928

*One Pierrepont Plaza*
*Brooklyn, New York  11201*

*Mailing Address:*   147 Pierrepont Street
   Brooklyn, New York  11201

June 7, 2006

By Facsimile and ECF

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v. Ronald Kingsley Young
         Criminal Docket No. 05-846 (ARR)

Dear Judge Ross:

    The government writes to apprise the Court of additional facts concerning the arrest of the defendant.  The facts below supplement those contained in the Government's Memorandum of Law filed on February 27, 2006.  Immigration and Customs Enforcement ("ICE") Special Agent Thomas Kilbride will be available to testify at the hearing scheduled for June 8, 2006 as to the facts set forth below and in the Government's Memorandum of Law, as well as any additional facts that may become relevant.

    In April 2005, Special Agent Kilbride was informed by Officers of the New York City Police Department ("NYPD") that Richard Young ("Richard"), the defendant's son, had been arrested by the NYPD on drug charges.  Richard informed the NYPD that the defendant was a drug-dealer who was illegally residing in the United States.  Richard was released on bail.

    On October 13, 2006, Special Agent Kilbride, along with 6 other investigators from the U.S. Marshals Regional Fugitive Task Force, proceeded to 90-23 201st Street, Hollis, New York for the purposes of arresting the defendant and Richard.  The ICE Agents possessed an arrest warrant for Richard, but not the defendant.

    Special Agent Kilbride knocked on the door and waited approximately 15 minutes until the defendant answered.  When the

defendant answered, Special Agent Kilbride recognized the defendant as Ronald Kingsley Young based on Special Agent Kilbride's familiarity with the defendant's photograph from the defendant's immigration file.  Prior to entering the defendant's home, Special Agent Kilbride asked the defendant what his name was and the defendant replied "Ronald Kingsley Young."  At that time, the defendant agreed to allow Special Agent Kilbride and other investigators into the defendant's home.

Once inside the defendant's home, Special Agent Kilbride placed the defendant under arrest and read the defendant his _Miranda_ rights.  The defendant agreed to waive his _Miranda_ rights and stated that he had been previously deported.  The defendant then consented to a search of his home, which revealed a significant quantity of narcotics.  The defendant admitted to dealing narcotics since his illegal re-entry into the United States in 1996.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: _____/s/_____
Jonathan E. Green
Assistant U.S. Attorney
(718) 254-6297

cc:  B. Alan Seidler, Esq.