UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:  05 CR 846 (ARR)
UNITED STATES OF AMERICA, :
: NOT FOR ELECTRONIC
-against- : OR PRINT
: PUBLICATION
RONALD KINGSLEY YOUNG, :
: OPINION AND ORDER
Defendant. :
:
-------------------------------------------------------------------- X

ROSS, United States District Judge:

It is hereby ordered and adjudged that defendant Ronald Kingsley Young is found guilty beyond a reasonable doubt, based on stipulated facts, of being an alien, who was previously deported from the United States subsequent to a conviction of an aggravated felony, found in the United States without the Attorney General of the United States having expressly consented to such alien's reapplying for admission, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2).

The Clerk of the Court is directed to enter a judgment of conviction accordingly.

SO ORDERED.

                      Allyne R. Ross

                      _____
                      Allyne R. Ross
                      United States District Judge

Dated: June 20, 2006
     Brooklyn, New York